UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 20-2397
_____

Miguel Pascual-Miguel; E.G.P.M.

Petitioners

v.

Merrick B. Garland, Attorney General of the United States

Respondent

_____

No: 23-1072
_____

Miguel Pascual-Miguel; E.G.P.M.

Petitioners

v.

Merrick B. Garland, Attorney General of the United States

Respondent

------------------------------------------------------------

Petitions for Review of an Order of the Board of Immigration Appeals
(A209-857-378)
(A209-857-379)

------------------------------------------------------------

**JUDGMENT**

Before COLLOTON, WOLLMAN, and BENTON, Circuit Judges.

These causes were submitted on petitions for review of an order from the Board of Immigration Appeals, on the original record, briefs of the parties, and were argued by counsel.

After consideration, it is hereby ordered and adjudged that the petitions for review are denied in accordance with the opinion of this court.

December 27, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Michael E. Gans