# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-2397

Miguel Pascual-Miguel and E.G.P.M.

Petitioners

v.

Merrick B. Garland, Attorney General of the United States

Respondent

---

Petition for Review of an Order of the Board of Immigration Appeals
(A209-857-378)
(A209-857-379)

---

**ORDER**

The briefing schedule was held in abeyance pending a ruling by the Board of Immigration Appeals on the motions to reopen. The Board of Immigration Appeals denied the motions to reopen on January 9, 2023. The briefing schedule is removed from abeyance status. Petitioners' reply brief is due February 7, 2023.

January 17, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans